JOUSE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Frank Jouse, as administrator, against the New York Central & Hudson River Railroad Company. H. M. Heyman, for appellant. R. A. Kutschbock, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JOYCE, Appellant, v. MANHATTAN LIGHTERAGE & TRANSPORTATION CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Henry L. Joyce against the Manhattan Lighterage & Transportation Company. J. J. Delany, for appellant. J. B. Stanchfield, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

J. SCHWARTZWALDER & SONS, Respondent, v. QUINN & NOLAN BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by J. Schwartzwalder & Sons against the Quinn & Nolan Brewing Company. A. Hessberg, for appellant. R. C. Beatty, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

JUDD, Respondent, v. BARNARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Philip H. Judd against Frank B. Barnard and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal.

KAUGHRAN, Respondent, v. KAUGHRAN, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Susan A. Kaughran against Thomas F. Kaughran. R. W. Sprague, Jr., for appellant. G. E. Joseph, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KAVANAGH et al., Respondents, v. WHITE, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by E. Arthur Kavanagh and another against Katherine J. White. No opinion. Judgment and order affirmed, with costs.

KEEFE, Respondent, v. BABCOCK, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Florence Keefe, an infant, etc.. against Charles F. Babcock. No opinion. Motion denied.

KEENAN v. BLOOMINGDALE, et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Bernard Keenan against Samuel J. Bloomingdale, impleaded with others. No opinion. Motion denied, on terms stated in order. Order filed.

KEHOE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by James B. Kehoe against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $750 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, affirmed, without costs of this appeal to either party. See 106 N. Y. Supp. 196.

KEHOE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by James B. Kehoe against the International Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

KELLENBERG v. ROEBLING CONST. CO. et al. (Supreme Court, Appellate Division, First Department. June 26, 1903.) Appeal from Trial Term. Action by Charles W. Kellenberg against the Roebling Construction Company and others. From an order overruling defendants' preliminary objection and granting plaintiff's motion for a preference, defendants appeal. Order reversed. Louis Cohen, for appellants. W. E. Weaver, for respondent.

PER CURIAM. The plaintiff is given no preference by statute or by either the general or special rules of practice, and there was no sufficient ground for preferring this case over other issues. Order reversed, with $10 costs and disbursements, and the motion denied.

KELLEY, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by John M. Kelley against Fred B. King and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal.

KELLY, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by John Kelly against the Boston & Maine Railroad. No opinion. Judgment and order unanimously affirmed, with costs.

KELLY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Margaret Kelly against the city of New York. No opinion. Order unanimously affirmed, with costs.

KELSEY v. KELSEY. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Julia R. Kelsey against William H. Kelsey. From an order denying a motion to reduce the amount of alimony, defendant appeals. Reversed, and motion granted as